MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO TREJO HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UR JADDOU, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO.  2:25-CV-00163-CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY STAY |

　　　The Defendants respectfully request to stay this case through October 10, 2025, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on Plaintiff Trejo Hernandez's pending asylum application, which he filed in 2019.  USCIS has scheduled Plaintiff Trejo Hernandez's asylum interview for June 12,2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff Trejo Hernandez's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

/ / /

The parties therefore stipulate that this matter be stayed October 10, 2025. The parties further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated: March 7, 2025                                MICHELE BECKWITH
                                                    Acting United States Attorney

                                           By:   /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
                                                 Assistant United States Attorney

Dated: March 7, 2025               By:    /s/ JESSICA T. ARENA
                                          JESSICA T. ARENA
                                          Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that this case be stayed until October 10, 2025.

Dated: March 13, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, trej.0163.25